**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SOLOMON FARR,

　　　　　Plaintiff - Appellant,

　v.

SOLANO COUNTY,

　　　　　Defendant - Appellee.

No. 09-16587

D.C. No. 2:08-cv-02974-GGH

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Gregory G. Hollows, Magistrate Judge, Presiding[**]

Submitted August 10, 2010[***]

Before:　　O'SCANNLAIN, HAWKINS, and IKUTA, Circuit Judges.

　　Solomon Farr, a California state prisoner, appeals pro se from the district

court's order denying his motion for reconsideration under Federal Rule of Civil

---

　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

　　[**]　　Appellant consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c). Appellee has not appeared in this action.

　　[***]　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Procedure 60(b) in his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *See Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by concluding that Farr failed to establish grounds for relief from judgment under Rule 60(b). *See id.* at 1263 (listing grounds for relief under Rule 60(b)).

**AFFIRMED.**